# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JODY O'NEIL HARRISON, : | |
|     Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. 09-00283-KD-C |
| : | |
| GRANT CULLIVER, *et al.*, : | |
|     Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 30, 2010 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants Dr. Hugh M. Hood, Donny Myers, Sylvia Hicks, and Debra Poindexter are **DISMISSED** without prejudice. Additionally, in light of the foregoing, it is **ORDERED** that said Defendants' motion for summary judgment is denied as **MOOT.**

**DONE** and **ORDERED** this the **21st** day of **December 2010.**

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**