IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JODY O'NEIL HARRISON,      )   | |
|     Plaintiff,      ) | |
| v.      ) | CIVIL ACTION 09-00283-KD-C |
|      ) | |
| GRANT CULLIVER, *et al.*,      ) | |
|     Defendants.      ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 26, 2011, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion for Summary Judgment (Docs. 34, 35) is **GRANTED** and the Plaintiff's Complaint is **DISMISSED with prejudice.**[1]

**DONE** and **ORDERED** this the **22nd** day of **September 2011.**

          /s/ Kristi K. DuBose
          **KRISTI K. DuBOSE**
          **UNITED STATES DISTRICT JUDGE**

---

[1] As such, Plaintiff's motions (Docs. 36, 37, 70, 75) are **DENIED** as **MOOT**.