IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JODY O'NEIL HARRISON,         : | |
|    Plaintiff,         : | |
|                              : | |
| vs.                          : | CIVIL ACTION NO. 09-00283-KD-C |
|                              : | |
| GRANT CULLIVER, *et al.*,    : | |
|    Defendants.       : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated December 8, 2011 is **ADOPTED** as the opinion of this Court.  As Plaintiff's appeal is not taken in good faith, see 28 U.S.C. § 1915(a)(3), it is **ORDERED** that Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 92) is **DENIED.**

**DONE** and **ORDERED** this the **3rd** day of **January 2012.**

                               /s/ Kristi K. DuBose
                               **KRISTI K. DuBOSE**
                               **UNITED STATES DISTRICT JUDGE**